UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMAR WELCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:02-CV-1399 (CEJ) |
| | ) |
| LeRONALD LOPER, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

**IT IS HEREBY ORDERED** that this matter is set for evidentiary hearing on plaintiff's motion for sanctions on **October 6, 2003**, at **9:30 a.m.** Defendants are directed to be prepared to present testimony regarding their efforts to locate the videotape and reports documenting the use of force incident giving rise to plaintiff's claims.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 19th day of September, 2003.

INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 09/22/03 by jwebb
                4:02cv1399     Welch vs Loper

42:1983 Prisoner Civil Rights

IF THIS IS A FINAL JUDGMENT YOU MUST SEND THE APPEAL PROCESS LETTER AND AN APPEAL PACKET TO PLAINTIFF.

```
Thomas Goeddel   -  120177        Fax: 314-622-4956
Patricia Hageman -   51966        Fax: 314-622-4956
Kevin Hormuth    -   67269        Fax: 314-241-4245
Michael Hughes   -    7730        Fax: 314-622-4956
Andrew Margrabe  -  109997        Fax: 314-345-5466
David Simmons    -  117372        Fax: 314-241-4245
John Treu        -   35053        Fax: 573-635-5512
```

Jamar Welch -
#172799
Ozark Correctional Ctr
OCC
929 Honor Camp Lane
Fordland, MO  65652

SCANNED & FAXED BY
SEP 22 2003
KH