UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMAR WELCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cause No. 4:02CV1399 (CEJ) |
| | ) |
| LeRONALD LOPER, et al. | ) |
| | ) |
| Defendants. | ) |

**FILED**
OCT 6 2003
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**PLAINTIFF'S VOLUNTARY DISMISSAL OF**
**DEFENDANTS DR. HALLAZGO AND CMS WITH PREJUDICE**

COMES NOW Plaintiff Jamar Welch, by and through his unsigned counsel, and hereby files his voluntary dismissal of Defendants Dr. Hallazgo and Correctional Medical Services with prejudice. Counsel for Dr. Hallazgo and Correctional Medical Services consents to this voluntary dismissal with prejudice.

Respectfully submitted,

Dated: October 6th, 2003

So ordered.
Carol E. Jackson
10/6/03

GREENSFELDER, HEMKER & GALE, P.C.

By: _____
Kevin F. Hormuth (E.D. Mo. #67269)
10 South Broadway, Suite 2000
St. Louis, Missouri 63102
(314) 241-9090
(314) 241-4245 (facsimile)

*Attorneys for Plaintiff Jamar Welch*

57

INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 10/06/03 by pdalziel
                4:02cv1399     Welch vs Loper

42:1983 Prisoner Civil Rights

IF THIS IS A FINAL JUDGMENT YOU MUST SEND THE APPEAL PROCESS LETTER AND AN APPEAL PACKET TO PLAINTIFF.

```
Thomas Goeddel    -   120177      Fax: 314-622-4956
Patricia Hageman  -    51966      Fax: 314-622-4956
Kevin Hormuth     -    67269      Fax: 314-241-4245
Michael Hughes    -     7730      Fax: 314-622-4956
Andrew Margrabe   -   109997      Fax: 314-345-5466
David Simmons     -   117372      Fax: 314-241-4245
```

Jamar Welch -
#172799
Ozark Correctional Ctr
OCC
929 Honor Camp Lane
Fordland, MO  65652

SCANNED & FAXED BY
OCT -6 2003
SAJ